# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN W. TEW, II

NO.  2021 CW 1198

VERSUS

UNITED SERVICES AUTOMOBILE
ASSOCIATION, TIMOTHY ANDRIES AND
GEICO GENERAL INSURANCE COMPANY

CONSOLIDATED WITH

JOHN W. TEW, II

VERSUS

GOAUTO INSURANCE COMPANY AND
EARL V. HUTTON

**OCTOBER 6, 2021**

---

In Re:    John W. Tew, II, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 656812 c/w 657425.

---

**BEFORE:    WHIPPLE, C.J., LANIER AND WOLFE, JJ.**

**WRIT  DENIED.**    The  criteria  set  forth  in  **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

                        **VGW**
                        **WIL**
                        **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT